IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Field McConnell, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. :3:07cv49 |
| ) | |
| Global Guardians, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff Field McConnell filed a complaint on May 1, 2007. There is no record that service has been made on the defendants. Pursuant to Federal Rules of Civil Procedure 4(m) plaintiff shall, <u>within 15 days of receipt of this order</u>, show good cause why service was not made within 120 days of filing of the Complaint. Failure to make a good cause showing will result in the dismissal of this case.

Dated this 25th day of October, 2007.

*/s/ Karen K. Klein*
Karen K. Klein
United States Magistrate Judge