IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Field McConnell, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Case No.  3:07cv49 |
| ) | |
| ) | |
| Global Guardians, et al., ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

Plaintiffs filed the Complaint in this case *pro se* on May 1, 2007.  The Clerk issued summonses for service on defendants, but plaintiffs failed to subsequently file proof that service had been made.  On October 25, 2007, the court entered an order directing plaintiffs to show good cause within 15 days why service had not been made upon the defendants within 120 days of filing of the Complaint.  The order stated failure to make a good cause showing would result in the dismissal of this case.  Plaintiffs have not responded to the order or filed proof of service.  The court has no indication that plaintiffs did not receive the order.

**IT IS RECOMMENDED** that the court dismiss plaintiffs' Complaint for failure to prosecute.

Pursuant to Local Rule 72.1(E)(4), any party may object to this recommendation within ten (10) days after being served with a copy thereof.

Dated this 10th day of January, 2008.

*/s/ Karen K. Klein*
Karen K. Klein
United States Magistrate Judge

1