IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Field McConnell, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | |
| | ) | Civil No. 3:07-cv-49 |
| Global Guardians, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, recommending that Plaintiffs' action be dismissed for failure to prosecute (Doc. #4). No party has filed an objection to this recommendation within the requisite time period. See Local Rule 72.1(E)(4).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiffs' action is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2008.

                                               /s/   Ralph R. Erickson
                                        Ralph R. Erickson, District Judge
                                        United States District Court