AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

District of North Dakota - Southeastern Division

Field McConnell, et al.,

        Plaintiffs

   v.

Global Guardians, et al.,

        Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number:  3:07-cv-49

__X__  **Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED: pursuant to the Court's Order filed February 4, 2008, Plaintiffs' action against all Defendants is dismissed for failure to prosecute.

February 4, 2008　　　　　　　　　　　　ROBERT ANSLEY
Date　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　_/s/ Lori A. Haberer_
　　　　　　　　　　　　　　　　　　　　　By Deputy Clerk - Lori A. Haberer